CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 28 2010

BY: JOHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| EDWARD JAMES TINSLEY, | ) | |
| Petitioner, | ) | Civil Action No. 7:09-cv-00407 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE JOHNSON, | ) | By: Samuel G. Wilson |
| Respondent. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss (Docket No. 10) is **GRANTED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; Tinsley's motion for an evidentiary hearing (Docket No. 22) is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Tinsley has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel for respondent.

ENTER: This 28th day of July, 2010.

United States District Judge